# Settlement Agreement and Release of Claims

## (FILED UNDER SEAL)

