# Settlement of Attorneys' Fees and Cost

# (FILED UNDER SEAL)

