UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHRISTOPHER L. GENTRUP, et al;

    Plaintiffs, :

: Case No. 1:07CV430

: Judge Timothy S. Black

vs. :

RENOVO SERVICES, LLC , et al. :

    Defendants :

### ORDER OF DISMISSAL

On June 24, 2011, this Court issued its Memorandum and Opinion approving the Settlement Agreement and Release of Claims and the Settlement of Attorneys' Fees and Costs (Doc. 223) resolving the claims in this matter.

IT IS HEREBY ORDERED that this action is hereby DISMISSED, with prejudice. The Court retains jurisdiction over the Settlements for purposes of their enforcement.

SO ORDERED.

*Timothy S. Black*
Timothy S. Black, Judge
U.S. District Court